# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CRIMINAL MINUTES - GENERAL

| Case No. | **CR 01-0091-TJH** | Date | MARCH 18, 2008 |
|---|---|---|---|

| Present: The Honorable | TERRY J. HATTER, JR., U.S. DISTRICT JUDGE PRESIDING |
|---|---|
| Interpreter | N/A |

| YOLANDA SKIPPER | NOT REPORTED | UNKNOWN |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| **U.S.A. v. Defendant(s):** | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. LONNIE LILLARD | NOT | ✗ | | 1. IN PRO SE | NOT | | |

**Proceedings:**   IN CHAMBERS - NOTICE TO PARTIES AND ORDER

The Court is in receipt of Defendant's Motion pursuant to Rule 60(b) of the Federal Rule of Civil Procedure, filed on January 19, 2007 (#370) and Motion pursuant to Rule 59(e) to alter or amend a judgment, filed on February 20, 2007(#372).

The Court having read and considered said motions, hereby DENIES both motions.

**IT IS SO ORDERED.**