UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
CIVIL MINUTES - GENERAL

**PSEND**

| Case No. | **CV 04-6639-TJH** <br> **CR 01-0091-TJH**✓ | Date | MARCH 26, 2008 |

| Title | *United States of America v Lonnie Lillard* |

Present: The Honorable    TERRY J. HATTER, JR.,  UNITED STATES DISTRICT COURT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

None Present                         None Present

**Proceedings:    (IN CHAMBERS)    ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that this case was closed on February 25, 2007, therefore, petitioner's motion pursuant to Rule 59(e) to alter or amend a judgment and petitioner's motion pursuant to Rule 60(b) of the Federal Rule of Civil Procedure are hereby moot and terminated.

**IT IS SO ORDERED.**

cc: all parties